■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CUTTRAY, Appellant. [608 NYS2d 905] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY MITCHELL, Appellant. [608 NYS2d 905] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Kasler, J.—Criminal Possession Stolen Property, 5th Degree.) Present—Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM WALKER, Appellant. [608 NYS2d 905] —Judgment unanimously reversed on the law and new trial granted. Memorandum: Because the presence of defendant at the in-chambers *Sandoval* conference would not have been wholly superfluous, conducting the conference in his absence violated his right to be present at all material stages of his trial *(see, People v Favor,* 82 NY2d 254; *People v Alexander,* 80 NY2d 801; *People v Dokes,* 79 NY2d 656).

In view of our determination, we do not reach the other issues raised. (Appeal from Judgment of Monroe County Court, Egan, J.—Sodomy, 2nd Degree.) Present—Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELA ROSARIO, Appellant. (Appeal No. 1.) [608 NYS2d 136] — Judgment unanimously affirmed *(see, People v Clark,* 176 AD2d 1206, 1207, *lv denied* 79 NY2d 854). (Appeal from Judgment of Onondaga County Court, Brandt, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Callahan, J. P., Green, Balio, Lawton and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELA ROSARIO, Appellant. (Appeal No. 2.) [608 NYS2d 137] — Judgment unanimously affirmed *(see, People v Clark,* 176 AD2d 1206, 1207, *lv denied* 79 NY2d 854). (Appeal from Judgment of Onondaga County Court, Brandt, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Callahan, J. P., Green, Balio, Lawton and Boehm, JJ.